IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

M. DEAN REED PRODUCTION
CORP and MARY DEAN REED,

    Plaintiffs,           No. CIV S-06-2399 DFL DAD P

  vs.

KERN COUNTY DEPT OF COURT,
et al.,

    Defendants.       ORDER

_____/

        On October 31, 2006, plaintiff Mary Dean Reed, a pretrial detainee confined in the Lerdo Women's Pretrial Detention Center, filed a pro se complaint that has been construed by the Clerk of the Court as a civil rights complaint filed by a prisoner seeking relief pursuant to 42 U.S.C. § 1983. On November 2, 2006, plaintiff filed an application to proceed in forma pauperis.[1]

        In her complaint, plaintiff lists numerous government entities, all located in Kern County or Los Angeles County, as defendants. Plaintiff alleges that Kern County and Los

---

[1] The certificate section of the form has not been completed by plaintiff's institution of confinement, and no certified trust account statement has been provided by the institution. See 28 U.S.C. § 1915.

1

Angeles County engaged in a conspiracy against her.[2] Kern County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d). A civil action that has not been commenced in the proper division of this court may, on the court's own motion, be transferred to the proper division of the court. See Local Rule 3-120(f). This action will therefore be transferred to the Fresno Division of the court for further proceedings.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

2. All future filings shall reference only the new Fresno case number to be assigned to this case and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: November 8, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
reed2399.22

---

[2] On October 30, 2006, plaintiff filed two actions against the same defendants: 2:06-cv-2386 MCE GGH PS and 2:06-cv-2387 MCE DAD PS.